IN THE UNITED STATES BANKRUPTCY COURT　　　　18-22856
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Bankruptcy No. |
|---|---|---|
| **Robert Langston Williams** | : | |
| | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | |
| **Robert Langston Williams** | : | |
| Movant | : | Related to Document No. 1 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

# NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Dai Rosenblum, Esq. 31802 PA**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By:  **/s/ Dai Rosenblum, Esq.**
　　　Signature
　　　**Dai Rosenblum, Esq. 31802 PA**
　　　Typed Name
　　　**254 New Castle Road**
　　　**Suite B**
　　　**Butler, PA 16001**
　　　Address
　　　**724-287-5300 Fax:724-287-5302**
　　　Phone No.
　　　**31802 PA**
　　　List Bar I.D. and State of Admission

18-22856

Caliber Home Loans
13801 Wingtoss Way
Oklahoma City, OK 73134

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Celtic Bank
P.O. Box 4499
Beaverton, OR 97076

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

ECSI
100 Global View Drive
Warrendale, PA 15086

Fed Loan Servicing
P.O. Box 60610
Harrisburg, PA 17106

First Premier Bank
3820 N. Louise Avenue
Sioux Falls, SD 57107-0145

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804

Mid America Bank and Trust
216 W. 2nd Street
Dixon, MO 65459

Portfolio Recovery Associates
120 Corporate Blvd.
Suite 100
Norfolk, VA 23502