# Notice Recipients

District/Off: 0315−2        User: lfin        Date Created: 8/28/2018
Case: 18−22856−GLT       Form ID: 309A       Total: 75

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Robert Langston Williams | 140 Cherrywood Drive       New Kensington, PA 15068 |
| ust | Office of the United States Trustee | Liberty Center.   1001 Liberty Avenue, Suite 970   Pittsburgh, PA 15222 |
| tr | Jeffrey J. Sikirica | 121 Northbrook Drive   Pine Township   Gibsonia, PA 15044 |
| cr | Duquesne Light Company | c/o Bernstein−Burkley, P.C.   707 Grant Street, Suite 2200, Gulf Tower    Pittsburgh, PA 15219 |
| cr | Peoples Natural Gas Company LLC | c/o S. James Wallace, P.C.   845 N. Lincoln Ave.   Pittsburgh, PA 15233 |
| aty | Dai Rosenblum | 254 New Castle Road Suite B   Butler, PA 16001−2529 |
| aty | Keri P. Ebeck | Bernstein−Burkley   707 Grant Street   Suite 2200 Gulf Tower   Pittsburgh, PA 15219 |
| aty | S. James Wallace | 845 N. Lincoln Avenue   Pittsburgh, PA 15233 |
| smg | Pennsylvania Dept. of Revenue | Department 280946   P.O. Box 280946   ATTN: BANKRUPTCY DIVISION   Harrisburg, PA 17128−0946 |
| 14882562 | Caliber Home Loans | 13801 Wingtoss Way   Oklahoma City, OK 73134 |
| 14882563 | Capital One Bank | P.O. Box 5155   Norcross, GA 30091 |
| 14882564 | Celtic Bank | P.O. Box 4499   Beaverton, OR 97076 |
| 14882565 | Credit One Bank | PO Box 98873   Las Vegas, NV 89193 |
| 14882566 | ECSI | 100 Global View Drive   Warrendale, PA 15086 |
| 14882567 | Fed Loan Servicing | P.O. Box 60610   Harrisburg, PA 17106 |
| 14882568 | First Premier Bank | 3820 N. Louise Avenue   Sioux Falls, SD 57107−0145 |
| 14882569 | First Premier Bank | P.O. Box 5147   Sioux Falls, SD 57117−5147 |
| 14882570 | Merrick Bank | P.O. Box 9201   Old Bethpage, NY 11804 |
| 14882571 | Mid America Bank and Trust | 216 W. 2nd Street   Dixon, MO 65459 |
| 14882572 | Portfolio Recovery Associates | 120 Corporate Blvd.   Suite 100   Norfolk, VA 23502 |
| 14886672 | Pennsylvania Department of Revenue | Bankruptcy Division P O Box 280946   Harrisburg PA 17128−0946 |
| 14903110 | Advanced Integrated Medical | c/o Joel Cardis, LLC   2006 Swede Rd, Ste 100   Norristown, PA 19401 |
| 14903111 | Alisha L. Branson | 618 Pinefrost Dr   Monroeville, PA 15146 |
| 14903112 | Ally | PO Box 380902   Minneapolis, MN 55438 |
| 14903113 | Arcadia | PPO Box 6768   Reading, PA 19610 |
| 14903114 | ATT Mobility | c/o IC System   PO Box 64437   Saint Paul, MN 55164−0437 |
| 14903115 | Caliber Home Loans | 13801 Wingtoss Way   Oklahoma City, OK 73134 |
| 14903116 | Capital One Bank | P.O. Box 5155   Norcross, GA 30091 |
| 14903117 | cdgcsv90 | po box 1280   Oaks, PA 19456−1280 |
| 14903118 | Celtic Bank | P.O. Box 4499   Beaverton, OR 97076 |
| 14903119 | CIN Legal Data Services | Box 88588   Milwaukee, WI 53288−0588 |
| 14903120 | Credit One Bank | PO Box 98873   Las Vegas, NV 89193 |
| 14903121 | DC Govt | c/o Professional Account Management LLC   PO Box 37038   Washington, DC 20013−7038 |
| 14903122 | Department of Education | Fed Loan Servicing   P.O. Box 53010   Atlanta, GA 30353−0210 |
| 14903123 | Duquesne Light Company | P.O. Box 1930   Pittsburgh, PA 15230−1930 |
| 14903124 | ECSI | 100 Global View Drive   Warrendale, PA 15086 |
| 14903125 | Elizabeth River Tunnels | c/o Linebarger Goggan Blair & Sampson, L   4828 Loop Central Drive, ste 600   Houston, TX 77081 |
| 14903126 | Fed Loan Servicing | P.O. Box 60610   Harrisburg, PA 17106 |
| 14903127 | First Premier Bank | 3820 N. Louise Avenue   Sioux Falls, SD 57107−0145 |
| 14903128 | First Premier Bank | P.O. Box 5147   Sioux Falls, SD 57117−5147 |
| 14903129 | gc services | po box 329250   Columbus, OH 43232 |
| 14903130 | gc services limited partnership | 6330 gulfton   Houston, TX 77081 |
| 14903131 | Genesis FS Card Services | PO Box 4477   Beaverton, OR 97076−4477 |
| 14903132 | Guardian Protection Services, Inc. | 174 Thorn Hill Rd   PA 16086 |
| 14903133 | Hayt, Hayt & Landau, LLC | P.O. Box 500   Eatontown, NJ 07724−0500 |
| 14903134 | HESAA | PO Box 528   Newark, NJ 07101−0528 |
| 14903135 | Internal Revenue Service | Centralized Insolvency Operation   PO Box 7346   Philadelphia, PA 19101−7346 |
| 14903136 | Internal Revenue Service | 633 US Post Office   Pittsburgh, PA 15219 |
| 14903137 | Jody J. O'Dell, Esq. | PO Box 540   Sewickley, PA 15143 |
| 14903138 | Lisa Gerideau−Williams | 32112−068   FCI Pekin   2600 S. SECOND ST.   Pekin, IL 61554 |
| 14903139 | Mary Ann Price | Revenue Officer   4314 Old William Penn Highway, Suite 200   Penn Office Building   Monroeville, PA 15146 |
| 14903140 | Mazda American Credit | Bankruptcy Correspondence   P.O. Box 537901   Livonia, MI 48153−7901 |
| 14903141 | Merrick Bank | P.O. Box 9201   Old Bethpage, NY 11804 |
| 14903142 | merrick bank | po box 660702   Dallas, TX 75266−0702 |
| 14903143 | Mid America Bank and Trust | 216 W. 2nd Street   Dixon, MO 65459 |
| 14903144 | MJ Kelley Realty Corp | 2147 Ardmore Blvd   Pittsburgh, PA 15221 |

| | | | | |
|---|---|---|---|---|
| 14903145 | Navient Credit | c/o Asset Recovery Solutions LLC | 2200 E Devon Ave Ste 200 | Des Plaines, IL 60018–4501 |
| 14903146 | Nelson, Waatson & Assoc, LLC | 80 Merrimack St, Lower Level | Haverhill, MA 01830 | |
| 14903147 | NJ Higher Education Student Ass Authorit | PO Box 548 | Trenton, NJ 08625 | |
| 14903148 | PA Dept. of Revenue | Bankruptcy Division | Dept. 280946 | Harrisburg, PA 17128–0946 |
| 14903149 | PA Dept. of Revenue | c/o Arcadia | PO Box 6768 | Reading, PA 19610 |
| 14903150 | Paychex | c/o McCarthy Burgess & Wolfe | 26000 Cannon Rd | Bedford, OH 44146 |
| 14903151 | Peoples Gas Bankruptcy Dept. | Attn. Dawn Linder | 375 North Shore Drive | Suite 600    Pittsburgh, PA 15212 |
| 14903152 | Plum Borough Muni Auth | 4555 New Texas Rd | Pittsburgh, PA 15239 | |
| 14903153 | Portfolio Recovery Associates | 120 Corporate Blvd. | Suite 100 | Norfolk, VA 23502 |
| 14903154 | Portfolio Recovery Associates LLC | PO Box 4115 | Concord, CA 94524 | |
| 14903155 | Richard M. Squire, Esq. | 115 WEST AVE STE 104 | Jenkintown, PA 19046–2031 | |
| 14903156 | specialized loan servicing | po box 636007 | Littleton, CO 80163–6007 | |
| 14903157 | Total Visa | PO Box 5220 | Sioux Falls, SD 57117–5220 | |
| 14903158 | United States of America | c/o Brendan T. Conway, Esq. | 700 Grant St, Ste 4000 | Pittsburgh, PA 15219 |
| 14903159 | Univ of Pittsburgh Physicians | c/o CBCS | PO Box 2724 | Columbus, OH 43216–2724 |
| 14903160 | US Dept. of Education | c/o ECSI | 100 Gloval View Dr | Warrendale, PA 15086 |
| 14903161 | US Dept. of Education | PO Box 105028 | Atlanta, GA 30348–5028 | |
| 14903162 | Verizon | c/o ERC | PO Box 23870 | Jacksonville, FL 32241–3870 |
| 14903163 | Viva Vacation Club | PO Box 96058 | Las Vegas, NV 89193 | |

TOTAL: 75